

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Cr. A. No. 05– 58 |
| : | |
| GARFIELD SUDLER : | |

## MOTION AND ORDER TO SEAL INDICTMENT AND FILE

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, moves that the Indictment and File in this case be sealed until the arrest and apprehension of defendant Garfield Sudler.

        COLM F. CONNOLLY
        United States Attorney

By: _____
        David L. Hall
        Assistant United States Attorney

Dated: June 7, 2005

AND NOW, to wit, this __7__ day of __June__, 2005, upon the foregoing Motion, **IT IS HEREBY ORDERED** that the Indictment and File in the above-captioned case be sealed until the arrest and apprehension of defendant.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

```
F I L E D
JUN  7  2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```