

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. A. No. 05- 58 |
| GARFIELD SUDLER | : |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT I

On or about March 30, 2005, in the District of Delaware, **GARFIELD SUDLER**, defendant herein, did knowingly possess with the intent to distribute five hundred grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

### COUNT II

On or about March 30, 2005, in the District of Delaware, **GARFIELD SUDLER**, defendant herein, did knowingly possess with the intent to distribute fifty grams or more of a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT III

On or about March 30, 2005, in the District of Delaware, **GARFIELD SUDLER**, defendant herein, did knowingly possess a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844.

FILED
JUN 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## NOTICE OF FORFEITURE

Upon conviction of one or more of the controlled substance offenses alleged in Counts I and II of this Indictment, defendant **GARFIELD SUDLER**, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to approximately $61,800 in United States currency.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated: June 7, 2005