IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE



| UNITED STATES OF AMERICA | : | |
|---|---|---|
| v. | : | Cr. A. No. 05– 58 |
| GARFIELD SUDLER | : | |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and David L. Hall, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Garfield Sudler as a result of the Indictment returned against him on June 7, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
David L. Hall
Assistant United States Attorney

Dated:  June 7, 2005

AND NOW, this ___7___ day of ___June___, 2005, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Garfield Sudler.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
JUN 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE