*FILED IN OPEN COURT*
*6/15/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 05-58 |
| ) | |
| GARFIELD SUDLER, ) | |
| ) | |
| Defendant. ) | |

**MOTION AND ORDER TO UNSEAL INDICTMENT AND FILE**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, Edmond Falgowski, Assistant United States Attorney for the District of Delaware, hereby moves that the Indictment and file in the above-captioned case be unsealed as defendant Garfield Sudler is in custody.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: June 15, 2005

AND NOW, this _15_ day of _June_____, 2005, upon the foregoing Motion, it is ORDERED that the Indictment and file in the above-captioned case are hereby unsealed.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

**FILED**
JUN 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE