IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : Cr.A. No. 05-58 |
| GARFIELD SUDLER, | : |
| Defendant. | : |

### MOTION FOR PRE-TRIAL RELEASE

**COMES NOW,** Defendant Garfield Sudler by and through his attorney, John S. Malik, and respectfully requests that this Honorable Court grant Defendant Pre-Trial Release subject to conditions, based on the following grounds:

1. On or about June 7, 2005, Defendant Garfield Sudler was indicted in this Court on the following charges: Possession with Intent to Deliver Five Hundred Grams or More of Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); Possession with Intent to Deliver Fifty Grams or More of Cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C); and, Possession of Marijuana in violation of 21 U.S.C. § 844.

2. Defendant Sudler has been held in federal custody on the subject criminal charges since June 15, 2005.

3. On or about June 15, 2005, the government moved for pretrial detention of Defendant Sudler. The government asserted that Defendant Sudler had committed a drug offense that was punishable by in excess of ten years of incarceration pursuant to 18 U.S.C. § 3142(f)(1)(C); that Defendant Sudler was a risk of flight pursuant to 18 U.S.C. §

3142(f)(2)(A); and, that Defendant Sudler presented a danger to the safety of the community.

4. Defendant Sudler submits that there is sufficient evidence to establish that a combination of conditions will assure his appearance at subsequent court dates and ensure the safety of the community.

5. Specifically, Defendant Sudler requests that this Court consider:

    a. That Defendant Sudler is a lifelong resident of the State of Delaware with substantial ties to his community, see 18 U.S.C. § 3142(g)(3)(A); [Attached hereto as Exhibit "A" are letters of recommendation and character reference regarding Defendant Sudler that have been provided by the following individuals:

- Mr. A.J. Deusa – Friend and Neighbor

- Ms. Ann Marie Burrows – Friend and Neighbor
  104 Country Five Drive
  Dover, Delaware 19904
  Phone: 302-346-3838

- Ms. Sharon Sudler – Family Member
  R and K Management Corp.
  879 North DuPont Highway
  Dover, Delaware 19901
  Phone: 302-674-9168

- Ms. Dorethea LeCompte – Friend

- Ms. Darlene Jackson – Friend

- Ms. Lawanda LeCompte – Friend

- Mr. Thomas Payne – Friend
  Ms. Roberta Payne – Friend

    -    The Reverend James A. Ashley – Pastor
Greater Life Christian Church
240 Head Start Lane
Star Hill
Camden, Delaware 19934
Phone: 302-697-7913

    -    Ms. Lisa L. Morris – Girlfriend

    -    Officer Theresa Brock – State Pretrial Services
Delaware Department of Correction
Bureau of Community Custody
511 Maple Parkway
Dover, Delaware 19901
Phone: 302-739-5387

    b.    That Defendant Sudler would reside, if granted pretrial release, with his mother, Ms. Lorraine Stevens, at 1248 Sudler's Row, Road 132, Clayton, Delaware 19938, see 18 U.S.C. § 3142(g)(3)(A);

    c.    That Defendant Sudler has two minor children whom he supports, namely, Sierra, who is fifteen years old, and Shakyra, who is ten years old, see 18 U.S.C. § 3142(g)(3)(A);

    d.    That Defendant Sudler has been gainfully employed for the past three months by Solowe Trucking of Clayton, Delaware, see 18 U.S.C. § 3142(g)(3)(A); [Attached hereto as Exhibit "B" is a copy of the June 20, 2005 letter from Mr. Barry Stevens of Solowe Trucking confirming Defendant Sudler's employment.]

    e.    That Defendant has no prior criminal record, see 18 U.S.C. § 3142(g)(3)(A); and,

    f.    That Defendant's release would present no potential harm to the safety of the community into which he is released, see 18 U.S.C. § 3142(g)(4).

6.    Defendant Sudler's family is prepared to secure the services of a licensed bail bondsman in order to post $10,000.00 secured bond to assure Mr. Sudler's appearance at all future court dates.

7.    Defendant Sudler asserts that there are numerous conditions that this Court may impose that will negate any risk of fight and ensure the safety of the community.

8.    Specifically, Defendant Sudler offers the following as a non-exclusive list of conditions to which his pre-trial release may be subject:

   a.    That Defendant be subject to house arrest and be subject to electronic monitoring via an ankle bracelet, see 18 U.S.C. § 3142(c)(1)(B)(i);

   b.    That Defendant Sudler remain in the third party custody of his mother, Ms. Lorraine Stevens, see 18 U.S.C. § 3142(c)(1)(B)(i);

   c.    That Defendant Sudler maintain employment with Solowe Trucking in Clayton, Delaware, see 18 U.S.C. § 3142(c)(1)(B)(ii);

   d.    That Defendant be required to report on a regular basis to the Office of Pre-trial Services of the United States Probation Office for the District of Delaware or the District of New Jersey, see 18 U.S.C. § 3142(c)(1)(B)(vi);

   e.    That Defendant only be permitted to leave his residence for meetings with his attorney, a Pre-trial Services Officer, or for employment, see 18 U.S.C. § 3142(c)(1)(B)(iv);

   f.    That Defendant be required to comply with any curfew imposed by the Court, see 18 U.S.C. § 3142(c)(1)(B)(viii);

  g. That Defendant Sudler refrain from use of alcohol and any controlled substance not prescribed by a licensed medical practitioner, see 18 U.S.C. § 3142(c)(1)(B)(ix);

  h. That Defendant refrain from possessing any firearms or dangerous weapons, see 18 U.S.C. § 3142(c)(1)(B)(viii); and,

  j. That Defendant be required to post secured bond in the amount of $10,000.00 through a licensed bail bondsman, see 18 U.S.C. § 3142(c)(1)(B)(xi).

 10. Defendant Sudler submits that he would strictly follow and abide by any and all conditions that this Court may impose as a condition to his pre-trial release.

 **WHEREFORE,** Defendant Sudler respectfully requests that this Honorable Court enter an Order granting his pre-trial release subject to the conditions listed above.

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
Attorney for Defendant,
Garfield Sudler

Dated: June 22, 2005

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : Cr.A. No. 05-58 |
| GARFIELD SUDLER, | : |
| Defendant. | : |

## ORDER

**AND NOW, TO WIT,** this _____ day of June, A.D., 2005, Defendant Sudler's Motion for Pre-trial Release having been duly heard and considered,

**IT IS SO ORDERED:**

That Defendant Garfield Sudler is hereby placed on pre-trial release subject to the following conditions:

    a.    That Defendant be subject to house arrest and be subject to electronic monitoring via an ankle bracelet;

    b.    That Defendant be required to report on a regular basis to the Office of Pre-trial Services of the United States Probation Office for the District of Delaware in Wilmington;

    c.    That Defendant only be permitted to leave his residence for meetings with his attorney, a Pre-trial Services Officer, or for employment purposes;

    d.    That Defendant be required to post secured bond in the amount of $10,000.00.

_____
THE HONORABLE MARY PAT THYNGE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : Cr.A. No. 05-58 |
| GARFIELD SUDLER, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

I, John S. Malik, counsel for Defendant Garfield Sudler, hereby certify that on this 22nd day of June, A.D., 2005, I have had two (2) copies of Defendant's Motion for Pre-trial Release electronically delivered to the following person at the following address:

>Edmond Falgowski, Esquire
>Assistant United States Attorney
>United States Attorney's Office
>Nemours Building
>1007 Orange Street, Suite 700
>Wilmington, Delaware 19801

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
(302) 427-2247
Attorney for Defendant,
  Garfield Sudler