TO WHOM It MAY Concern,

I've Known Garfeild Sudler for three Years. I Live two Doors Down From Him And his wife to Be. they Are very nice and pleasant people to be Around. I couldn't think of any bad thing to say About him. he's very Kind to me And my Grandchild. He goes to church and HAS Never been A problem to Anyone in our Neighborhood.

Sincerley,

*[signature]*

AnnMarie Burrows                                              June 20, 2005
104 Country Five Dr.
Dover, De. 19904
( 302) 346 - 3838

To Whom it may Concern:

I have known Garfield Sudler since July of 2003, when I became his neighbor. Since the day I moved in I have known him to be quiet, polite and respectful of my personal property. I have never known him to be anything less. He is a kind hearted person that has helped his neighbors in times of need. When I moved in and needed to trim my lawn as part of my rental agreement, Garfield came and mowed my yard since I did not yet have a lawnmower. It is kindnesses such as these that I have personally witnessed.

                                                        Sincerely,

                                                        AnnMarie Burrows
                                                        *[signature: AnnMarie Burrows]*

# R AND K MANAGEMENT CORP.

879 N. DuPont Hwy. • Dover, DE 19901
(302) 674-8573
FAX (302) 674-9168

June 21, 2005

To whom this may concern:

    I'm writing this letter in reference to Garfield Sudler and his character. I have known Garfield for many years and I found Garfield to be a very caring person one who is willing to help anyone if possible. I believe Garfield will not be a threat to society even though he has made this mistake. I do believe Garfield has learned from this experience.

Sincerely,

*Sharon Sudler*
Sharon Sudler

6/14/05

To Whom this May concern:

I writing in regards to Garfield Sudler. I have known him since the day he was borned. He also lived with me as a teenager. He was always respectful and loving and would do anything for anybody if he could. He never was in any trouble, always funning, keeping people laughing. He has given his heart to the Lord, and now attends Greater life Christian Church in Star Hill Delaware. Where James Ash, Jr. is the pastor.

Thank you
Auretha LeCompte

To Whom This May Concern            6-21-05

I Darlene Jackson can truly say that Garfield Swiller has really made a great change in his life and has chosen to become a part of the Greater Life Christian Church. He has really become a true man of God and he has really settled down

Sincerely Yours,
Darlene Jackson

June 20, 2005

To whom this may concern:

    I have known Garfield Sudler all my life. His is a really nice person once you get to know him. He respects everyone he comes in contact with. He also have two beautiful daughters he takes very good care of. He attends Greater Life Christian church on Sundays. He is trying everything he can to turn his life around.

Sincerely yours,

*Lawanda LeCompte*
Lawanda LeCompte

June 20, 200

To Whom It May Concern:

Garfield Sudler has been our neighbor since we moved in five years ago. We have had a neighborly relationship with him since. He has watched out for my children and other children in the park. Always sending treats to them as they play. He has had cookouts and always includes the people that live around him. He is very polite and considerate of others in the park. Garfield is always watching out for his neighbors. We believe that he is a genuinely good person and has always helped if we needed help.

Sincerely

*Thomas Payne / Roberta Payne*

Thomas & Roberta Payne

# GREATER LIFE CHRISTIAN CHURCH

*240 Head Start Lane - Star Hill*
*Camden, DE 19934*
*302-697-7913*



*Bishop James & Evg. Rose Ashley*
Founders

*Elder James A. Ashley, Jr.*
Pastor

June 20, 2005

To Whom It May Concern:

I have known Garfield Sudler since he was approximately 12 years old. Although it was not in close proximity but in remote expanse. His adolescent years were very meager as his working mother raised him with his 2 sisters and one brother who passed suddenly approximately 6 years ago, who he hooked up to and had a very close bond with. His adolescent years where not marked by a cycle of violence or characterized by mischievous annoyance. I adamantly feel that he possesses a very charismatic personality. I have never witnessed in him explosive out burst or aggressive contention, which often lead to hurting others and disrespecting another's personal possessions. I believe he simply misjudged some essential things about responsibility and accountability because he was mislead by outward pressures that all of us are often vulnerable to when we are in debilitating situations.

Pastor James A. Ashley

---

*Mailing address:* P.O. Box 1424, Dover, DE 19903 / FAX: 302-674-1625
*"Meeting the needs of the people"*

I've known Clifford Brown for 15 years. For seven we have been boyfriend + Girlfriend. On Feb. 14, 2003 we got engaged. He's been the most kindess, Loveing person I've ever met in my life. He's never been abusive or violent. We go to church faithfully. He's very giving and everyone I know Loves him. He made one mistake and truley Does not deserve to be thrown away in a prison where real people are that keep Repeating the same mistakes over and over cause they don't care. He is a very special person to alot of us. And I pray to God he gets a second chance. Cause Knowing him and Loveing him the way I do. He won't ever repeat this costley mistake.

Thank-you

Lisa L Morris

P&P #340.02/94

| | DEPARTMENT OF CORRECTION BUREAU OF COMMUNITY CUSTODY AND SUPERVISION PROBATION/PAROLE | |
|---|---|---|
| [ ] Wilmington Office<br>1501 N. Pine St.<br>Wilmington, DE 19802<br>(302) 577-3043 | [ ] Georgetown Service Ctr.<br>546 S. Bedford St.<br>Georgetown, DE 19947<br>(302) 856-5243 | [ ] New Castle Office<br>26 Parkway Circle<br>New Castle, DE 19720<br>(302) |
| [X] 511 Maple Parkway<br>Dover, DE 19901<br>(302) 739-5387 | | [ ] Shipley Service Center<br>350 Virginia Avenue<br>Seaford, DE 19973<br>(302) 628-2016 |

## PROGRESS REPORT

| As requested | Superior Court | 06-21-05 |
|---|---|---|
| Supervising Authority | Court | Date |

| Sudler | Garfield | | | None |
|---|---|---|---|---|
| Client Name - Last | First | Middle | AKA | RMI |

| DE 00266778 | 06-12-1972 | Drug Charges Pending | 0503022372 |
|---|---|---|---|
| SBI Number | DOB | Offense | ID # (S.C. OR) |

| MK05032260,61,62 | Pretrial | Theresa Block |
|---|---|---|
| CR # | Level | Officer Name |

1. Reporting Schedule
   ☒ No Compliance Problems
   ☐ Minor Compliance Problems
   ☐ Serious problem/not reporting

2. Criminal Activity
   ☒ No Arrests
   ☐ MV/misdemeanor arrests
   ☐ Felony arrests

3. Drug/Alcohol
   ☐ No problem/completed treatment
   ☐ Complying with treatment condition
   ☐ Not complying with treatment

4. Special Condition(s)
   ☐ None/completed conditions
   ☒ Complying with conditions
   ☐ Not complying with conditions

5. Court Assessments
   ☒ None/completed/not applicable
   ☐ Complying with payment schedule
   ☐ Not complying with payment schedule

6. Employment
   ☐ Stable employment/not applicable
   ☐ Sporadic/underemployment
   ☐ Unemployed

7. Attitude
   ☒ No problem, receptive to supervision
   ☐ Dependent, minor problem
   ☐ Resistant, not motivated to change

COMMENTS: Mr. Sudler was assigned to the Pre-trial caseload on 4-14-05. During initial supervision, Mr. Sudler was to report every week and to abide by a 10pm curfew. Mr. Sudler reported every week as directed and maintained his curfew. During the month of May 2005, Mr. Sudler's curfew was lifted due to his successful compliance. Mr. Sudler remained free from any new criminal and/or motor vehicle charges, made all office visits as directed, maintained a stable residence in Dover, Delaware, and he had begun working with his family in a new business. In review of Mr. Sudler's criminal history, this was his first episode within our system. Mr. Sudler remained under State Supervision until 6-15-05, when the federal authorities tranferred his case to the Federal Court System.

P&P 9541.03/94

DEPARTMENT OF CORRECTION
PROBATION AND PAROLE

Page 2.

## PROGRESS REPORT DISPOSITION

DATE:            06-21-05

CLIENT NAME:     Sudler, Garfield

DEFENDANT ID#:   0503022375

CRIM. ACTION #:

MAXIMUM EXPIRATION DATE: None Pretrial supervision

RECOMMENDATIONS:
- ☐ Discharge:
- ☐ Level:    Phase:
- ☐ As to court assessments totaling $      , of which $       is restitution:
  - ☐ Paid in full.
  - ☐ Continued probation pursuant to 11 DEL. C. sec.410 ☐, sec.4105 ☐, until $      in unpaid court assessments are satisfied.
  - ☐ Suspend balance of $    .
  - ☐ Deem uncollectable for balance of $    .
  - ☐ Attach wages for balance of $    .
    (Form enclosed for Your Honor's signature.)
  - ☐ Enter civil judgment totaling $    .
    (Form enclosed for Your Honor's signature.)
  - ☐ Refer collection to OSCCE for balance of $    .
- ☒ Other: Informational purposes only

SUPERVISOR: William Clark            OFFICER: SPO Theresa Block

Original to SUPERVISION AUTHORITY

cc. File/Probation Officer
    Probationer
         (Address of record)

Typed by:    an 06/21/2005