*Solowe TRucking*

*Outstanding Customer Service*

*1248 sudlersrow Clayton. Dc. 19938*

June, 20, 2005

To whom it may concern:

Garfield Sudler has been working for Solowe Trucking for about 3 months. We all love him here. He is very good worker. His position is still open to hi here at Solowe Trucking.

Sincere,

Barry Stevens

06-21-2005 15:01 SOLOWE TRUCKING 13027347629 PAGE1
Rx Date/Time JUN-21-2005(TUE) 13:55 13027347629 P.001