IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. A. No. 05–58 |
| | : | |
| **GARFIELD SUDLER** | : | |

### SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

Please withdraw the appearance of Assistant United States Attorney David L. Hall as attorney of record and enter the appearance of Assistant United States Attorney Edmund Falgowski as counsel of record for the government in the above-captioned case. Please be advised that David L. Hall no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney Edmund Falgowski.

        COLM F. CONNOLLY
        United States Attorney

By:   /s/_____
       David L. Hall
       Assistant United States Attorney

By:   /s/_____
       Edmund Falgowski
       Assistant United States Attorney

Dated: June 23, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | Cr. A. No. 05–58 |
| : | |
| **GARFIELD SUDLER** : | |

### CERTIFICATE OF SERVICE

    I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on June 23, 2005, I electronically filed:

### SUBSTITUTION OF COUNSEL

with the Clerk of Court using CM/ECF.  Said document is available for viewing and downloading from CM/ECF, which will send notification of such filing(s) to the following:

Eleni Kousoulis, Esquire
Assistant Public Defender
704 King Street, Suite 110
Wilmington, DE 19801

John S. Malik, Esquire
100 E. 14th Street
Wilmington, DE 19801


                                                /s/
                                                Jennifer Brown