UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CASE NO. CR 05-58 KAJ ) ) |
| Garfield Sudler | ) ) ) |
| Defendant. | ) |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on June 23, 2005 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until July 21, 2005. The time between the date of this order and July 21, 2005 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S Magistrate Judge

cc: Defense Counsel
    United States Attorney