IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr.A. No. 05-CR-058-KAJ |
| GARFIELD SUDLER, | : | |
| Defendant. | : | |

## STIPULATED ORDER TO EXTEND TO FILE PRETRIAL MOTIONS

**COME NOW,** the parties by and through their undersigned counsel**,** this 11th day of August, A.D., 2005, and hereby stipulate to an extension of time for filing pretrial motions in the above captioned criminal action from July 21, 2005 to September 6, 2005. It is further represented by counsel for Defendant Garfield Sudler that all time from July 21, 2005 through and including September 6, 2005 be excluded from the Speedy Trial Act since the stipulated extension of time for the filing of pretrial motions is for the benefit of Defendant Garfield Sudler and is in the interests of justice.

/s/ Edmond Falgowski
EDMOND FALGOWSKI
Assistant United States Attorney
United States Attorney's Office
Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19801
Attorney for Plaintiff,
 United States of America

/s/ John S. Malik
JOHN S. MALIK
100 East 14th Street
Wilmington, Delaware 19801
302-427-2247
Attorney for Defendant,
 Garfield Sudler

**IT IS SO ORDERED** this _____ day of August, A.D., 2005.

THE HONORABLE KENT A. JORDAN