IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 05-58-KAJ |
| GARFIELD SUDLER, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

WHEREAS, the Court has been informed that the Defendant intends to enter a

guilty plea in the above-captioned case;

IT IS HEREBY ORDERED that

1.    A Rule 11 hearing has been scheduled for **October 6, 2005 at 4:30 p.m.**,

in Courtroom No. 6A on the 6th Floor, J. Caleb Boggs Federal Building, Wilmington.

2.    The time between September 6, 2005 and the date of the change of plea

hearing shall be excludable under the Speedy Trial Act (18 U.S.C. § 3161, *et seq.*).

_____
UNITED STATES DISTRICT JUDGE

September 15, 2005
Wilmington, Delaware