AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>GARFIELD SUDLER | REDACTED WARRANT FOR ARREST<br>Case Number: CR 05-58-~~UNA~~ KAJ |

~~SEALED~~ CASE UNSEALED 6/15/05 KJK

To: The United States Marshal
 and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____GARFIELD SUDLER_____
                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complain  ☐ Order of court   Violation   Probation Violation Petition

charging him or her   (brief description of offense)

POSSESSION WITH THE INTENT TO DISTRIBUTE MORE THAN 500 GRAMS OF COCAINE;
POSSESSION WITH THE INTENT TO DISTRIBUTE MORE THAN 50 GRAMS OF MARIJUANA;
POSSESSION OF MARIJUANA

in violation of ____21____ United States Code, Section(s) ____841(a)(1) and (b)(1)(B)____

Peter T. Dalleo                           Clerk, United States District Court
Name of Issuing Officer                   Title of Issuing Officer

By: [signature]; Deputy Clerk   6/7/2005 in Wilmington, DE
Signature of Issuing Officer              Date and Location

FILED
SEP 19 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant   Dover, DE

| DATE RECEIVED<br>X 6-14-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>X 6-15-05 | X Thomas E. Jacobs | [signature] |

AO 442   (Rev. 12/85) Warrant for Arrest

FID
1034538

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN           _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____ -72 _____

SOCIAL SECURITY NUMBER: __      _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____
_____ DEA _____

_____